**Entered on Docket
June 14, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-71842

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-15373-lbr |
|---|---|
| Patrick L. Gomes and Alicia Ann Gomes | Date: 6/2/2010<br>Time: 9:30 am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 344 River Glider Avenue, North Las Vegas, NV 89084.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Randolph Goldberg
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
James F. Lisowski, Sr.
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  \_\_\_\_ The court waived the requirements of LR 9021.
   \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
   \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
   appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:

6  Debtor's counsel:
7  \_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
8  \_\_\_\_ appeared at the hearing, waived the right to review the order
9  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10 \_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
11

12 \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13 counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
   parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14 respond, as indicated below.

15 Debtor's counsel:
16 \_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
17 \_\_\_\_ appeared at the hearing, waived the right to review the order
18 \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

19 Trustee:
20 \_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
21

22 \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
   written objection.
23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26